**FILED**

10/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0503

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0503

Linda M. Deola
MORRISON, SHERWOOD, WILSON & DEOLA PLLP
401 North Last Chance Gulch
P.O. Box 557
Helena, Montana 59624-0557
Phone: (406) 442-3261
Fax: (406) 443-7294
ldeola@mswdlaw.com
*Attorneys for Plaintiff/Appellant.*

| | |
|---|---|
| SUBSECTOR SOLUTIONS, INC., d/b/a, TREASURE STATE INTERNET & TELEGRAPH, INC., <br><br> Plaintiff and Appellant, <br><br> v. <br><br> CITY OF HELENA <br><br> Defendant and Appellee. | **ORDER GRANTING APPELLANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

The Plaintiff/Appellant in this matter has moved this Court for an extension of time in which to file their Opening Brief. Finding good cause therefore,

IT IS HEREBY ORDERED that Appellant's Opening Brief in this matter is now due on or before Monday, December 12th, 2022.

DATED this 17 day of October, 2022

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 17 2022